Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
THE MILLER FIRM
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| VIRGINIA BURDEN, MELVIN TEASLEY, and NANCY GRAVETTE,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>Defendants. | **MDL NO. 1699**<br><br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS VIRGINIA BURDEN, MELVIN TEASLEY AND NANCY GRAVETTE**<br><br>Case No. 06-CV-05819-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiffs, Virginia Burden, Melvin Teasley and Nancy Gravette from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

1
2  Dated: January 22, 2007                    Respectfully submitted,

3                                             THE MILLER FIRM
4
5                                             By: _____
                                                  J. CHRISTOPHER IDE
6
7                                             Michael J. Miller, VA Bar No. 19171
                                              J. Christopher Ide , VA Bar No. 19307
8                                             THE MILLER FIRM
                                              105 North Alfred Street,
9                                             Alexandria, Virginia 22314
                                              Telephone: (703) 519-8080
10                                            Facsimile: (703) 519-8084

11                                            Attorneys for Plaintiffs
12
13 Dated: 1/26/07                             Respectfully submitted,
14                                            GORDON & REES
15
16                                            By: _____
                                                  STUART M. GORDON
17
18                                            CA Bar No. 37477
                                              GORDON & REESE
19                                            275 Battery Street, Ste. 2000
                                              San Francisco, CA 94111
20                                            Telephone: (415) 986-5900
                                              Facsimile: (415) 262-3801
21
22                                            Attorneys for Defendants

23 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**
24
   Dated: January 31, 2007
25
26                                            _____
                                              Hon.
27                                            United

28

                                                                        COMPLAINT

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*